RICHARD J. HAYDEN
RICHARD J. HAYDEN, P.S.
1427 W. Sixth Avenue
Spokane, WA  99204-3303
Telephone No. (509) 624-1111
Facsimile No.  (509) 456-8654
rjhps@sprynet.com

Of Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., a California Corporation<br><br>    Plaintiffs,<br><br>v.<br><br>NOEMI SOTELO OCAMPO and "John Doe" OCAMPO, Individually, and d/b/a Super Mini La More Lense,<br><br>    Defendants/Counterclaimants<br>    Third Party Plaintiffs,<br><br>v.<br><br>DIRECTV, INC., A foreign corporation doing business in the State of Washington,<br><br>    Third-Party Defendant. | NO. CV-O4-3078-LRS<br><br>ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS |

    IT HEREBY THAT Plaintiff Garden City Boxing Club, Inc., has filed a claim against NOEMI SOTELO OCAMPO and "JOHN DOE" OCAMPO, Individually, and d/b/a Super Mini La More Lense, and that the Plaintiff was represented by Bruce O. Danielson and Danielson Law Offices, P.S., Inc., and Defendants by Richard J. Hayden and Richard

RICHARD J. HAYDEN, P.S.
1427 West Sixth Avenue
Spokane, WA  99204-3303
(509) 624-1111
Facsimile  (509) 456-8654
A Professional Service Corporation

J. Hayden, P.S.;

IT FURTHER HEREBY APPEARING that a Third-Party Claim was filed on behalf of the Defendants against DirecTV, Inc., who were represented by Peter D. Stutheit and Yarmuth Wilsdon Calfo PLLC;

IT FURTHER HEREBY APPEARING that the parties have settled the matter with a confidential stipulation to resolve all claims with a Dismissal of All Claims with Prejudice and Without Costs;

IT IS HEREBY ORDERED that the main actions between Plaintiff and Defendants should be and hereby is dismissed with prejudice and without costs;

IT IS FURTHER HEREBY ORDERED that the related Third-Party action likewise is further dismissed with prejudice and without costs by this Order;

IT IS FURTHER HEREBY ORDERED that the Clerk is hereby ordered to close the file.

Done in open Court this 21st day of September, 2005.

s/Lonny R. Suko

**LONNY R. SUKO,**
**UNITED STATES DISTRICT JUDGE**

Presented by:

RICHARD J. HAYDEN, P.S.
A Professional Service Corp.

By: /s/ Richard Hayden
    **RICHARD J. HAYDEN, WSBA #14614**
    Attorney for Ocampo
    For the Firm

DANIELSON LAW OFFICE P.S., INC.,

By: /s/ Bruce Danielson

**RICHARD J. HAYDEN, P.S.**
1427 West Sixth Avenue
Spokane, WA 99204-3303
(509) 624-1111
Facsimile (509) 456-8654
A Professional Service Corporation

BRUCE O. DANIELSON, WSBA #14018
Attorney for GARDEN CITY BOXING
For the Firm

YARMUTH WILSDON CALFO, PLLC


By:  /s/ Peter Giutheit
     PETER D. STUTHEIT, WSBA #32090
     Attorney for DIRECTV
     For the Firm

N:\- LITIGATION\Ocampo, Jose\Ocampo Order 081205.doc

**RICHARD J. HAYDEN, P.S.**
1427 West Sixth Avenue
Spokane, WA  99204-3303
(509) 624-1111
Facsimile  (509) 456-8654
A Professional Service Corporation